IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOUIS V. SANTORIELLO, | : | Civil Action No. 4:13-CV-02448 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| JAMES P. BRIDY, | : | |
| Defendant. | : | |

**ORDER**
August 19, 2015

AND NOW, in accordance with the Memorandum of this same date, IT IS HEREBY ORDERED THAT: Defendant's Motion for Summary Judgment (ECF No. 13) is DENIED.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge