# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN A. SANTORIELLO, *et al.* | : | Case No. 4:13-CV-02448 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| JAMES P. BRIDY, | : | |
| Defendant. | : | |

## ORDER

November 3, 2016

**AND NOW**, in accordance with the Memorandum of this same date,

**IT IS HEREBY ORDERED THAT** Defendant James P. Bridy's Motion to Compel (ECF No. 40) is granted in part and denied in part. Parties are directed to proceed in accordance with the discovery directives contained within the attached Memorandum.

BY THE COURT:

  s/ Matthew W. Brann
Matthew W. Brann
United States District Judge